ACCEPTED
03-15-00318-CR
8205407
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 3:26:59 PM
JEFFREY D. KYLE
CLERK

CAUSE NUMBER 03—15—00318—CR

| | | | |
|---|---|---|---|
| JAMAAL BRADLEY | X | IN THE COURT OF APPEALS | |
| | X | | |
| V. | X | THIRD COURT OF APPEALS | |
| | X | | |
| STATE OF TEXAS | X | STATE OF TEXAS | |

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/11/2015 3:26:59 PM
JEFFREY D. KYLE
Clerk

## APPELLANT'S THIRD MOTION TO EXTEND TIME FOR FILING OF APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

COMES NOW THE APPELLANT, by and through his appointed attorney of record, Paul M. Evans, in the above entitled and numbered cause, and moves this Court, to grant the Appellant's Third Motion to Extend Time for Filing Appellant's Brief, and, in support thereof, would show the Court as follows:

I.

Appellant's Brief was due before this Court on November 23, 2015. A previous Motion to Extend Time was filed on September 17, 2015, and was granted the same date. A second Motion was filed on November 2, 2015, and was granted the following date.

## II.

The undersigned counsel requires more time to complete the research of the issues presented by the instant appeal and drafting of the Appellant's Brief. Counsel would hereby respectfully request the deadline be extended to January 8, 2016.

Counsel had anticipated that he would be able to complete the Appellant's Brief in the period falling between November 2 and November 23—the date of the previous deadline and the new deadline requested in Counsel's previous Motion to Extend, respectively—but personal health issues hampered his ability to perform the labor needed to complete the task at that time, and the resumption of everyday court dockets after the Thanksgiving holiday has severely curtailed his ability to devote attention to the instant matter.

The issues involved in the instant appeal are not complex, and Counsel anticipates he can easily tender a completed Appellant's Bried by no later than January 8, 2016.

## III.

This Motion is not made for purposes of delay, but so that justice might be served.

WHEREFORE, PREMISES CONSIDERED, the Defendant respectfully prays that this Court, upon good cause shown, grant the Appellant's Third Motion to Extend Time for Filing Appellant's Brief.

Respectfully submitted,
Law Office of Paul M. Evans
811 Nueces Street
Austin, Texas  78701
(512) 569-1418
(512) 692-8002 FAX

_/s/ Paul M. Evans_____
PAUL M. EVANS
SBN 24038885
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was delivered by facsimile unto the office of the prosecuting attorney for the State of Texas—the Travis County District Attorney, mailing address P.O. Box 1748, Austin, TX, 78767, physical address 509 W. 11th Street, Austin, TX, 78701—on this the 11th day of December, 2015.

_/s/ Paul M. Evans_____
PAUL M. EVANS

# CERTIFICATE OF COMPLIANCE

I hereby certify that the present document contains 456 words, all contents included.

_/s/ Paul M. Evans_____
PAUL M. EVANS